United States District Court
Southern District of Texas
**ENTERED**
July 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH COTROPIA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-742 |
| § | |
| MARY CHAPMAN, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Protective Order. (Doc. No. 14.) Defendants seek a stay of discovery pending resolution of their motion to dismiss. Because Defendants have asserted defenses of sovereign immunity and qualified immunity, the Court finds that a stay of discovery until the Court rules on the motion to dismiss is appropriate. *See P.R. Aqueduct & Sewer Auth. v. Metcalf & Eddy*, Inc., 506 U.S. 139, 146 (1993) (quoting *In re Ayers*, 123 U.S. 443, 505 (1887)) ("The very object and purpose of the 11th Amendment were to prevent the indignity of subjecting a State to the coercive process of judicial tribunals at the instance of private parties."); *Wicks v. Miss. St. Emp. Servs.*, 41 F.3d 991, 994 (5th Cir. 1995) ("Discovery . . . must not proceed until the district court *first* finds that the plaintiff's pleadings assert facts which, if true, would overcome the defense of qualified immunity."). Accordingly, the motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 15th day of July, 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE