United States District Court
Southern District of Texas
**ENTERED**
September 12, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH COTROPIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-0742 |
| | § | |
| MARY CHAPMAN, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the court are the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 73) and Plaintiff Joseph Cotropia's Written Objections to the Magistrate's Memorandum and Recommendation (Docket Entry No. 74).

The court must review de novo portions of the Magistrate Judge's proposed findings and recommendations on dispositive matters to which the parties have filed specific, written objections. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

The court has reviewed plaintiff's objections and concludes that the purported fact issue of whether Chapman took the subpoenaed records from Cotropia's receptionist or was given the records is immaterial to the court's determination that Chapman was entitled to qualified immunity for the seizure of the documents

pursuant to the instanter subpoena. Plaintiff's objections are therefore **OVERRULED**, and the Memorandum and Recommendation is **ADOPTED** by the court.

**SIGNED** this 12th day of September, 2019, at Houston, Texas.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE